E-FILED
Friday, 08 February, 2013 01:57:07 PM
Clerk, U.S. District Court, ILCD

Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| John C. Stachewicz and<br>Nancy C. Stachewicz<br><br>vs.<br><br>Wells Fargo Home Mortgage and<br>Mortgage Electronic Registration<br>Systems, Inc., a/k/a MERS, Inc. | Case Number: 12-1459 |

### JUDGMENT IN A CIVIL CASE

☒ **DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 7) and the Motion to Dismiss (ECF No. 3) is GRANTED. The Complaint is DISMISSED WITH PREJUDICE. This case is now TERMINATED.

**Dated: 2/8/2013**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court